UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                         NO. CIV-S-04-2201 MCE/KJM

       Plaintiff,

   v.                                     **ORDER RE: SETTLEMENT AND DISPOSITION**

JASWINDER SHERGILL, DBA
SUPER STOP LIQUOR & FOOD,
DONALD EDGER STONE, AND
PATRICIA EDITH BERG,

       Defendants.
_____/

    Pursuant to notice from the Voluntary Dispute Resolution Administrator, the court has determined that this case is settled.  In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before May 19, 2005.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: April 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE